DAN RAYFIELD
Attorney General
SADIE FORZLEY  #151025
Senior Assistant Attorney General
ALEXANDER C. JONES #213898
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  sadie.forzley@doj.oregon.gov
         alex.jones@doj.oregon.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| JAY CUSKER, LMFT; ALISON GRAYSON; KATHRYN KLOOS, ND; and DR. YOLANDA SUAREZ, DO,<br><br>Plaintiffs,<br><br>v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon; and DR. SEJAL HATHI, MD, Director of the Oregon Health Authority,<br><br>Defendants. | Case No.  6:24-cv-00998-MTK<br><br>DECLARATION OF SADIE FORZLEY IN SUPPORT OF STIPULATED UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO COMPLAINT AND MAINTAIN CURRENT FRCP 26 DEADLINES |

I, Sadie Forzley, declare:

1. I am one of the attorneys assigned to defend this case.  I have personal knowledge of the matters set forth herein.

Page 1 -   DECLARATION OF SADIE FORZLEY IN SUPPORT OF STIPULATED UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO COMPLAINT AND MAINTAIN CURRENT FRCP 26 DEADLINES
     SF/ek4/992034538

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

2. Defendants require an additional two weeks for counsel to investigate the allegations in the complaint, to meaningfully confer with our clients, and to develop an answer to the complaint.

3. I was out of the office on Friday, May 30, 2025, when the Court issued its opinion denying of the motion to dismiss.

4. My co-counsel Alex Jones is out of the office all week (June 2-6, 2025) on a prescheduled vacation and is therefore not available to work on the answer during that time period.

5. I personally carry a significant workload with obligations in other cases such that I cannot drop my other projects and draft the answer this week or next week.

6. I am currently 34 weeks pregnant which significantly impedes my ability to work long hours and/or nights in order to meet the current deadline while maintaining my other professional obligations. While I am working with my supervisors to arrange for case coverage during my impeding parental leave, substitute counsel will need to be onboarded and brought up to speed on the case in order to meaningfully assist with drafting the answer.

**I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.**

DATED June __5__, 2025.

　　　　　　　　　　　　　　　　　　　　　　　_s/ Sadie Forzley_
　　　　　　　　　　　　　　　　　　　　　　　SADIE FORZLEY
　　　　　　　　　　　　　　　　　　　　　　　Senior Assistant Attorney General

Page 2 -   DECLARATION OF SADIE FORZLEY IN SUPPORT OF STIPULATED UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO COMPLAINT AND MAINTAIN CURRENT FRCP 26 DEADLINES
SF/ek4/992034538

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000