DAN RAYFIELD
Attorney General
SADIE FORZLEY  #151025
Senior Assistant Attorney General
SHAUNEE MORGAN #194256
ALEXANDER C. JONES #213898
Assistant Attorneys General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  sadie.forzley@doj.oregon.gov
        Shaunee.morgan@doj.oregon.gov
        Alex.Jones@doj.oregon.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| JAY CUSKER, LMFT; ALISON GRAYSON; KATHRYN KLOOS, ND; and DR. YOLANDA SUAREZ, DO,<br><br>Plaintiffs,<br><br>v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon; and DR. SEJAL HATHI, MD, Director of the Oregon Health Authority,<br><br>Defendants. | Case No.  6:24-cv-00998-MTK<br><br>JOINT ADR REPORT |

Page 1 -   JOINT ADR REPORT
           SF/ek4/966487803

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

Pursuant to LR 16-4(d), the parties to all cases, unless exempt, are required to confer regarding ADR and file this report within one-hundred fifty (150) days of the initiation of a lawsuit. This report is submitted in compliance with LR 16-4(d).

1. Have counsel held settlement discussions with their clients and the opposing party?

    ☑ Yes    ☐ No

    If not, provide an explanation:

2. The parties propose: (*check one of the following*)

    ☐ (a) That this case be referred to a neutral of their choice for ADR not sponsored by the Court pursuant to LR 16-4(e)(1).

    ☐ (b) That the Court refer this case to mediation using a Court-sponsored mediator. (*See* LR 16-4(f) for Court-sponsored mediation procedures). The parties seek a Court mediator because:

    ☐ (c) ADR may be helpful at a later date following completion of:

    ☐ (d) The parties believe the Court would be of assistance in preparing for ADR by:

    ☑ **(e) The parties do not believe that any form of ADR will assist in the resolution of this case.**

    ☐ (f) Other:

DATED July 11, 2025.

        *s/ Holly Martinez*
DENNIS STEINMAN #954250
SCOTT J. ALDWORTH #113123
KATHRYN L. TUCKER, *Pro Hac Vice*
HOLLY MARTINEZ #192265
JORDAN HARRIS, *Pro Hac Vice*
*Of Attorneys for Plaintiffs*

        *s/ Shaunee Morgan*
SADIE FORZLEY #151025
SHAUNEE MORGAN #194256
ALEXANDER C. JONES #213898
*Of Attorneys for Defendants*

Page 2 -   JOINT ADR REPORT
SF/ek4/966487803

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000