DAN RAYFIELD
Attorney General
SHAUNEE MORGAN  #194256
ALEXANDER C. JONES #213898
Assistant Attorneys General
SADIE FORZLEY #151025
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Shaunee.Morgan@doj.oregon.gov
            Alex.Jones@doj.oregon.gov
            Sadie.Forzley@doj.oregon.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| JAY CUSKER, LMFT; ALISON GRAYSON; KATHRYN KLOOS, ND; and DR. YOLANDA SUAREZ, DO,<br><br>Plaintiffs,<br><br>v.<br><br>OREGON HEALTH AUTHORITY, an agency of the State of Oregon; and DR. SEJAL HATHI, MD, Director of the Oregon Health Authority,<br><br>Defendants. | Case No.  6:24-cv-00998-MTK<br><br>DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT |

Defendants give notice to the Court that they do not oppose Plaintiffs' Motion for Leave

to File First Amended Complaint (ECF #36).  Plaintiffs' Motion accurately represents

Page 1 -   DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT
    S6M/sv3/998327151

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

Defendants' prior intent to oppose amendment. However, after the filing of the Motion, and after further consideration and discussion with Plaintiffs' counsel about extending pending deadlines on this case, Defendants withdraw their opposition. The parties have concurrently filed a joint motion to amend the existing case deadlines.

DATED September 5, 2025.

        Respectfully submitted,

        DAN RAYFIELD
        Attorney General

        *s/ Alexander C. Jones*
        SHAUNEE MORGAN #194256
        ALEXANDER C. JONES #213898
        Assistant Attorneys General
        SADIE FORZLEY #151025
        Senior Assistant Attorney General
        Trial Attorneys
        Tel (971) 673-1880
        Fax (971) 673-5000
        Sadie.Forzley@doj.oregon.gov
        Shaunee.Morgan@doj.oregon.gov
        Alex.Ones@doj.oregon.gov
        Of Attorneys for Defendants

Page 2 -    DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT
S6M/sv3/998327151

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000