JORDAN HARRIS, *pro hac vice*
jordan.harris@ashurstperkins.com
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone: +1.206.359.8000
Fax: +1.206.359.9000

*Of Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**EUGENE DIVISION**

JAY CUSKER, LMFT and ALISON GRAYSON,

Plaintiffs,

v.

OREGON HEALTH AUTHORITY, an agency of the State of Oregon; and FARIBORZ PAKSERESHT, in his official capacity as Interim Director of the Oregon Health Authority,

Defendants.

Case No. 6:24-cv-00998-MTK

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

This matter comes before the Court on Plaintiffs' Motion for Summary Judgment (Dkt. No. 59). Having considered the motion, the parties' briefing and supporting declarations, the record, the brief of amicus curiae, and the arguments of counsel, the Court finds and orders as follows.

1. Plaintiffs bring a single claim under Title II of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12131 *et seq*. They challenge Defendants' refusal to permit reasonable modifications to the requirement of the Oregon Psilocybin Services Act ("PSA"), ORS 475A.200 to 475A.722, that psilocybin administration sessions occur at a licensed psilocybin service center, as applied to individuals whose disabilities prevent them from traveling to a service center. First Am. Compl., Dkt. No. 41.

2. On May 30, 2025, the Court denied Defendants' Motion to Dismiss. Dkt. No. 27. On March 17, 2026, the Court granted Defendants' Motion for Judgment on the Pleadings as to the standing of former Plaintiff Yolanda Suarez, DO, and denied the motion on all other grounds. Dkt. No. 56.

3. On April 17, 2026, Plaintiffs moved for summary judgment. Dkt. No. 59; *see also* Dkt. Nos. 60, 61. Defendants opposed and cross-moved for summary judgment. Dkt. Nos. 67, 68, 69, 70. The parties completed briefing on both motions. Dkt. Nos. 71, 72, 73, 76. The Court granted leave for the filing of an amicus curiae brief. Dkt. Nos. 63, 64. The Court heard oral argument on November 16, 2026. Dkt. No. 82.

4. On November 6, 2026, former Plaintiff Kathryn Kloos, ND, and Defendants stipulated to the dismissal of Dr. Kloos's claims under Fed. R. Civ. P. 41(a)(1)(A)(ii). Dkt. No. 86. Jay Cusker, LMFT, and Alison Grayson (collectively, "Plaintiffs") are the remaining Plaintiffs. Under Fed. R. Civ. P. 25(d), Fariborz Pakseresht, Interim Director of the Oregon Health Authority, has been substituted for Sejal Hathi, MD. Dkt. No. 78. The Oregon Health Authority ("OHA") and Interim Director Pakseresht are referred to collectively as "Defendants."



**Ashurst Perkins Coie US LLP**
1301 Second Avenue Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

5. The Court finds that there is no genuine dispute as to any material fact and that Plaintiffs are entitled to judgment as a matter of law on their Title II claim. Fed. R. Civ. P. 56(a). Defendants' categorical refusal to consider or permit reasonable modifications to the PSA's service-center requirement, for otherwise eligible individuals whose disabilities prevent them from traveling to a licensed service center, denies those individuals meaningful access to the program in violation of Title II of the ADA.

6. Consistent with the principle that public entities should have an opportunity to develop the specific means of remedying a violation of federal law, the Court directs the parties to develop the specific terms of relief jointly, subject to the Court's review and approval.

7. However, because of the ongoing and stark disparate impact OHA's current policy imposes on individuals with disabilities, the Court temporarily enjoins the service center requirement with respect to those individuals and the licensed facilitators who serve them until the collaborative process of crafting a final remedy has concluded.

**Accordingly, IT IS HEREBY ORDERED**:

1. Plaintiffs' Motion for Summary Judgment (Dkt. No. 59) is GRANTED.

2. Defendants' Cross-Motion for Summary Judgment (Dkt. No. 67) is DENIED.

3. Effective immediately, Defendants shall not enforce the requirement that psilocybin services only be provided at a licensed service center ("Service Center"), *see* ORS 475A.498, against licensed facilitators ("Facilitators") who provide psilocybin facilitation services at the home ("Home-Based Services") of individuals with medically verified disabilities that prevent them from traveling to and accessing a licensed service center ("Homebound Individuals"). Facilitators shall be authorized to provide Home-Based Services to Homebound Individuals, provided that those Facilitators do not violate any other provision of the PSA or implementing regulations (as modified by this Order) that is reasonably possible to comply with while providing Home-Based Services. OHA may require as a prerequisite for Home-Based Services, to the extent permitted by the ADA, documentation from a medical provider verifying



**Ashurst Perkins Coie US LLP**
1301 Second Avenue Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

that the Homebound Individual has a disability that leaves them unable to travel to a service center. It shall be permissible for Facilitators to transport single doses of psilocybin from Service Centers to clients' homes in connection with Home-Based Services for Homebound Individuals. OHA may require Facilitators to sign for such doses at the time of pickup and to return to a service center within 24 hours for disposal or return of psilocybin and any packaging waste in connection with Home-Based Services. The provisions of this paragraph shall remain effective until the remedial process described below is complete and this Court enters a final judgment implementing the parties' stipulated remedial plan.

4. Defendants shall promptly, and in any event within thirty (30) days of the date of this Order, begin good-faith negotiations with Plaintiffs' counsel to develop a remedial plan. The plan shall ensure that reasonable accommodations are available to individuals with disabilities, including Homebound Individuals, in the programs, services, and activities that OHA administers under the PSA.

5. Within one hundred twenty (120) days of the date of this Order, the parties shall jointly develop and submit to the Court a stipulated remedial plan and a proposed consent decree or injunctive order implementing that plan. If the parties cannot agree on all terms by that deadline, they shall file, by the same date, a joint status report that identifies the agreed terms, sets out each party's position on any disputed terms, and proposes a schedule for resolving them.

6. The Court retains jurisdiction to enforce this Order and the terms of any remedial plan and consent decree or injunctive order that the Court enters under this Order, and to enter such further orders as may be necessary or appropriate.

**IT IS SO ORDERED.**

Dated:____________________

______________________________
HON. MUSTAFA T. KASUBHAI
United States District Judge



**Ashurst Perkins Coie US LLP**
1301 Second Avenue Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

**SUBMITTED BY:**

**ASHURST PERKINS COIE US LLP**
By: *s/ Jordan Harris*
JORDAN HARRIS, *pro hac vice*
jordan.harris@ashurstperkins.com
Telephone: +1.206.359.8000
Fax: +1.206.359.9000
CONRAD ALLAN SPROUL, *pro hac vice*
conrad.sproul@ashurstperkins.com
Telephone: +1.206.359.6013
Ashurst Perkins Coie US LLP
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804

HOLLY MARTINEZ, OSB No. 192265
holly.martinez@ashurstperkins.com
Ashurst Perkins Coie US LLP
1120 NW Couch St., Floor 10
Portland, Oregon 97209
Telephone: +1.503.727.2281
Fax: +1.503.727.2222

**KELL, ALTERMAN & RUNSTEIN, L.L.P.**

DENNIS STEINMAN, OSB No. 954250
dsteinman@kelrun.com
Kell, Alterman & Runstein, L.L.P.
520 S.W. Yamhill, Suite 600
Portland, OR 97204
Telephone: +1.503.222.3531

**NATIONAL PSYCHEDELICS ASSOCIATION**

KATHRYN L. TUCKER, *pro hac vice*
kathryn@yournpa.org
National Psychedelics Association
453 Manor Pl. NW, Apt. 2
Washington, DC 20010
Telephone: +1.206.595.0097

*Of Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that I caused to be served a true and correct copy of the foregoing [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT on the following via the U.S. District Court's CM/ECF Electronic Filing System:

Sadie Forzley
Alexander Jones
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
sadie.forzley@doj.oregon.gov
alex.jones@doj.oregon.gov

DATED this 19th day of November, 2026.

**ASHURST PERKINS COIE US LLP**

*s/Jordan Harris*

Jordan Harris, *pro hac vice*
jordan.harris@ashurstperkins.com
Telephone: +1.206.359.8000
Fax: +1.206.359.9000
*Of Attorneys for Plaintiffs*



**Ashurst Perkins Coie US LLP**
1301 Second Avenue Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000